UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KASSEM DAKHLALLAH,

        Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

        Defendant.

Case No. 2:25-cv-11663
Hon. Matthew F. Leitman

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT VW CREDIT, INC. D/B/A AUDI FINANCIAL SERVICES

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant VW Credit, Inc. d/b/a Audi Financial Services only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant VW Credit, Inc. d/b/a Audi Financial Services only, with each party to bear their own costs and attorneys' fees in accordance with the parties settlement agreement.

**IT IS SO ORDERED.**

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated:  October 28, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 28, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126