UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KASSEM DAKHLALLAH,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.

Case No. 25-cv-11663
Hon. Matthew F. Leitman

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. ("Experian") only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian only, with each party to bear their own costs and attorneys' fees in accordance with the parties settlement agreement.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: November 13, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 13, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
