## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

KASSEM DAKHLALLAH,

      Plaintiff,                       Case No. 2:25-cv-11663
                                            Hon. Matthew F. Leitman

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

      Defendants.

_____

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC ("Equifax") only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax only, with each party to bear their own costs and attorneys' fees in accordance with the parties settlement agreement.

**IT IS SO ORDERED.**

                                 s/Matthew F. Leitman
                                 MATTHEW F. LEITMAN
                                 UNITED STATES DISTRICT JUDGE

Dated:  November 13, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 13, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126